

| | 11 SUNRISE PLAZA, STE. 305 |
|---|---|
| **Liebowitz Law Firm, PLLC** | VALLEY STREAM, NY 11580 |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

January 14, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020
```

Honorable Collen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Korman v. The Bronx Chronicle, L.L.C. (1:19-cv-9047-CM)*

Dear Judge McMahon,   **MEMO ENDORSED**

We represent Plaintiff, Jesse Korman, in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint which is past due. We respectfully request that the initial conference scheduled for January 17, 20120 be adjourned. We will file our default motion within the next 30 days.

The Court's consideration is much appreciated.

*[Handwritten endorsement: "CMc / Conference cancelled. 1/14/2020"]*

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Jesse Korman*