UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSE KORMAN,

                Plaintiff,

- against -

THE BRONX CHRONICLE L.L.C.

                Defendant.

Docket No. 1:19-cv-09047 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

---

## [PROPOSED] DEFAULT JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant The Bronx Chronicle L.L.C. ("Defendant");

2. Default judgment as to liability for unauthorized removal and/or alteration of copyright management information in violation of 17 U.S.C. § 1202(b) be entered against Defendant;

3. Defendant is to pay $2,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

4. Defendant is to pay $10,000.00 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for removal and/or alteration of copyright management information;

5. Defendant is to pay $2125.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 1203(b)(5);

6. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

7. the Court retain jurisdiction over any matter pertaining to this judgment;

8. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: 5 November, 2020

SO ORDERED.

Hon. Colleen McMahon (U.S.D.J.)